In the Matter of the Accounting of MELVILLE E. REGENSBURG et al., as Executors and Trustees under the Will of CARRIE AHRENS, Deceased, Appellants. SOPHY P. REGENSBURG, as Executrix of MELVILLE E. REGENSBURG, Deceased Executor and Trustee, et al., Appellants; ETHEL AHRENS, as Guardian of the Personal Estate of JEROME M. AHRENS, JR., Respondent.

Submitted January 2, 1951; decided January 18, 1951.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 701.]